UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| REGINA HOWELL, ) | |
| ) | Case No. 1:20-cv-03077 |
| Plaintiff, ) | |
| ) | Hon. Judge Elaine E. Bucklo |
| v. ) | |
| ) | |
| BYRON UDELL & ASSOCIATES, INC. ) | |
| d/b/a ACCUQUOTE; INSURANCE PROS, ) | |
| INC; and DOES 1-20. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now come the Plaintiff, REGINA HOWELL, by and through her attorneys, and respectfully requests the Court enter an order dismissing this action <u>without prejudice</u> as to both Plaintiffs' individual claims and the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Neither Defendant has filed an answer.

Dated: September 18, 2020

                RESPECTFULLY SUBMITTED,

                REGINA HOWELL

                By:   <u>/s/ David B. Levin</u>
                          Attorney for Plaintiff
                          Illinois Attorney No. 6212141
                          Law Offices of Todd M. Friedman, P.C.
                          111 W. Jackson Blvd., Suite 1700
                          Chicago, IL 60604
                          Phone: (224) 218-0882
                          Fax: (866) 633-0228
                          dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2020 a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                 /s/ David B. Levin
                                                 Attorney for Plaintiff